OPINION — AG — ** INDEPENDENT SCHOOL DISTRICTS — SELL — BUILDINGS, PROPERTY ** THE BOARD OF EDUCATION (SCHOOL BOARD) YOU REFER TO HAS THE AUTHORITY TO SELL THE SEPARATE SCHOOL PROPERTY THAT HAS BEEN ANNEXED LOCATED IN THE DEPENDENT SCHOOL DISTRICT, IT APPEARING THAT SEPARATE SCHOOLS ARE BEING MAINTAINED IN THE INDEPENDENT SCHOOL DISTRICT. (SEPARATE SCHOOL PROPERTY, DISPOSE OF PROPERTY) CITE: OPINION NO. AUGUST 16, 1950 — YOUNG, 70 O.S. 5-9 [70-5-9], 70 O.S. 5-18 [70-5-18] (J. H. JOHNSON)